# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 281 MAL 2023

Respondent    :

   :    Petition for Allowance of Appeal
   :    from the Order of the Superior Court

v.    :

ANTWON A. STEELE,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.